UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

ELMOE DOZIER,

        Petitioner,                                    Case No.  2:16-CV-125

v.                                                           HON. GORDON J. QUIST

SHANE PLACE,

        Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the magistrate judge on August 2, 2016.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed August 2, 2016 (ECF No. 4), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, a certificate of appealability is **DENIED**.

**This case is concluded.**

**A separate judgment will issue.**


Dated:  August 29, 2016                                                /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE